JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| BLUE OVAL,<br><br>    Plaintiff,<br><br>    v.<br><br>STRATEGIC FUNDING SOURCE, INC., ET AL.,<br><br>    Defendant. | Case No. SACV 11-00403-MLG<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated:  7/22/11

_____ for
Audrey B. Collins
Chief United States District Judge